# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134087(70)(73)

DIMMITT & OWENS FINANCIAL, INC.,
and JMM NOTEHOLDER REPRESENTATIVE,
L.L.C.,

      Plaintiffs-Appellants,

v

DELOITTE & TOUCHE (ISC), L.L.C.,
DELOITTE SERVICES LIMITED
PARTNERSHIP, a/k/a DELOITTE &
TOUCHE, L.L.P., and PHILIP JENNINGS,

      Defendants-Appellees,
and

JANE DOE and JOHN DOE,
      Defendants.

_____

SC:  134087
COA:  262381
Wayne CC:  04-434094-NM

      On order of the Chief Justice, the motion by Michigan Association of Certified Public Accountants for leave to file a brief *amicus curiae* is GRANTED.  The joint motion by the parties for extension to December 5, 2007 of the time for filing their supplemental briefs is considered and it is GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk